IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD AVILA,

        Plaintiff,                    No. 2:94-cv-0890 GEB DAD P

    vs.

ANA M. OLIVAREZ,

        Defendant.              <u>ORDER</u>

_____/

        This action is one of several actions filed in this court challenging the quality of water at Deuel Vocational Institution (DVI).  By order filed February 10, 1995, this action was stayed and administratively closed pending resolution of related claims in another action. (Docket No. 17) Thereafter, by order filed May 4, 1995, the action was dismissed due to plaintiff's failure to keep the court apprised of his current address as required and the case was closed.  (Doc. No. 21)  On July 24, 1995, a related case order was entered on the docket in this closed action.  (Doc. No. 23.)

        Over seventeen years after this action was closed, on October 23, 2012, this court inadvertently and erroneously issued an order granting plaintiff fourteen days in which to file

/////

/////

1

1 either a request for dismissal of this action or a motion to lift the stay.  (Doc. No. 25)  The
2 October 23, 2012 order, entered after dismissal of this action, is therefore hereby set aside.
3         IT IS SO ORDERED.
4 DATED: December 4, 2012.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
avil94cv0890.o